# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. PACZKOSKI,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>              Defendant | CIVIL ACTION NO. 3:13-CV-01775<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 4th day of September, 2014, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**